UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIYON FORD,

      Petitioner,

vs.

JACK PALMER, *et al.*,

      Respondents.

3:09-cv-0596-RCJ-RAM

**ORDER**

      This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. Respondents have filed a motion to dismiss the petition and petitioner was granted two enlargements of time to file his opposition (dockets #20 and #25). The response was due on or before October 8, 2010. That deadline has passed and petitioner has failed to file his opposition to dismissal and has not sought additional time. Thus, the motion to dismiss will be granted pursuant to LR 7-2(d).

      **IT IS THEREFORE ORDERED** that the motion to dismiss (docket #14) is **GRANTED. Grounds 1, 9, 10, 12, 13-17 are dismissed with prejudice.**

      **IT IS FURTHER ORDERED** that respondents shall file their answer to the remaining grounds for relief within thirty days of entry of this order.

      Dated, this 29th day of November, 2010

UNITED STATES DISTRICT JUDGE