AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF___NEVADA

TIYON FORD,

             Petitioner,                     JUDGMENT IN A CIVIL CASE

    V.

                                    CASE NUMBER:   **3:09-CV-00596-RCJ-RAM**

JACK PALMER, et al.,

             Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus [10] is DENIED WITH PREJUDICE. FURTHER ORDERED that no certificate of appealability shall issue.

 April 1, 2011                                  **LANCE S. WILSON**
                                              Clerk

                                    /s/ M. Campbell
                                    Deputy Clerk